```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA       :    INDICTMENT

        - v. -                 :    08 Cr. _____

WAYNE REED,                         08 CRIM 213

              Defendant.       :

- - - - - - - - - - - - - - - - x
```

COUNT ONE

The Grand Jury charges:

On or about February 20, 2008, in the Southern District of New York, WAYNE REED, the defendant, after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction for Robbery in the Second Degree, a violation of New York Penal Law 160.10(01), a Class C felony, on or about June 19, 1998, in New York Supreme Court, Bronx County, unlawfully, willfully, and knowingly, did possess in and affecting commerce, a firearm, to wit, a loaded Ruger pistol, which previously had been shipped and transported in interstate and foreign commerce.

(Title 18, United States Code, Section 922(g)(1).)

_/s/ Thomas P. Enga_____          _/s/ Michael J. Garcia_____
FOREPERSON                          MICHAEL J. GARCIA
                                    United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

WAYNE REED,

Defendant.

INDICTMENT

08 Cr.

(18 U.S.C. § 922(g)(1)))

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

Foreperson.

*Thomas P. Enga*

3/12/08 *Pled In Not Gty 1-87 This case is Assigned to Judge Rakoff for all purposes*

*M/Mag Judge Pitman*