# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Leonard F. Joy
*Executive Director*

Southern District of New York
John J. Byrnes
Attorney-in-Charge

May 12, 2008

By Hand

Honorable Jed S. Rakoff
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5-14-08

Re:   **United States v. Wayne Reed**
        **08 Cr. 213 (JSR)**

Dear Judge Rakoff:

   I write to inform the Court that Mr. Reed is currently suffering from chicken pox and is in medical isolation at the Metropolitan Detention Center. He is unable to receive any visits at this time. On April 9, 2008, Your Honor set a trial date in this matter for June 2, 2008. Due to Mr. Reed's medical condition, however, we must now seek a three-week adjournment of this trial date. Jeffery Alberts consents to this request on behalf of the government.

   We request that the time between June 2, 2008 and the next trial date set by the Court be excluded under the Speedy Trial Act, pursuant to Title 18, United States Code, Section 3161(h)(8)(A). Excluding time will best serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial. Thank you for your consideration of this matter.

Respectfully submitted,

Sabrina P. Shroff
Assistant Federal Defender
Tel.: (212) 417-8713

cc:   J. Alberts, Assistant U.S. Attorney

→ Denied in all respects.
SO ORDERED
*[signature]*
USDJ 5-13-08